NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARMANDO P. CHAVEZ,      )
            )
      Appellant,     )
            )
v.            )     Case No. 2D17-5092
            )
STATE OF FLORIDA,      )
            )
      Appellee.     )
_____ )

Opinion filed July 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezelle,
Judge.

Armando P. Chavez, pro se.


PER CURIAM.


          Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.